IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **DOROTHY ELIZABETH LEWIS**, <br><br> Plaintiff, <br><br> v. <br><br> **PHH MORTGAGE CORPORATION**, *Successor by merger to Ocwen Loan Servicing, LLC ("PHH")*; and **WELLS FARGO BANK N.A.**, *as Trustee for the Registered Holders of Structured Asset Securities Corporation Mortgage Pass-Through Certificate, Series 2007-OSI ("the Trust")*, <br><br> Defendants. | Case No. 3:24-cv-00978-AR <br><br> **ORDER ADOPTING FINDINGS AND RECOMMENDATION** |

**IMMERGUT, District Judge.**

On July 3, 2024, Judge Jeff Armistead issued his Findings and Recommendation ("F&R"), ECF 3, recommending that this case be sua sponte remanded to Multnomah County Circuit Court. Plaintiff Dorothy Elizabeth Lewis timely filed objections, ECF 8. This Court has reviewed de novo the portions of the F&R to which Plaintiff objected. This Court ADOPTS Judge Armistead's F&R. This case is remanded to Multnomah County Circuit Court.

PAGE 1 – ORDER ADOPTING JUDGE ARMISTEAD'S FINDINGS AND RECOMMENDATION

## STANDARDS

Under the Federal Magistrates Act ("Act"), as amended, the court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1)(C). If a party objects to a magistrate judge's F&R, "the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." *Id.* But the court is not required to review, de novo or under any other standard, the factual or legal conclusions of the F&R that are not objected to. *See Thomas v. Arn*, 474 U.S. 140, 149–50 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc). Nevertheless, the Act "does not preclude further review by the district judge, *sua sponte*" whether de novo or under another standard. *Thomas*, 474 U.S. at 154.

## CONCLUSION

This Court has reviewed de novo the portions of Judge Armistead's F&R to which Plaintiff objected. Judge Armistead's F&R, ECF 3, is adopted in full. This Court REMANDS this case to Multnomah County Circuit Court.

**IT IS SO ORDERED**.

DATED this 14th day of August, 2024.

/s/ Karin J. Immergut
Karin J. Immergut
United States District Judge